UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK HANEWICH,

    Plaintiff,

v.                                      CASE NO: 8:06-cv-1187-T-23EAJ

AETNA HEALTH, INC.,

    Defendant.
_____/

## **ORDER**

The court is advised that this matter is settled. Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party within sixty days from the date of this order to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on November 9, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:     US Magistrate Judge
        Courtroom Deputy